UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bryan Velazquez
on behalf of himself and all others similarly situated,

        Plaintiffs,

v.                                                  CASE NO.: 1:22-cv-6318

H&M HENNES & MAURITZ, L.P.

        Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Bryan Velazquez and the Defendant H&M Hennes & Mauritz, L.P. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 24, 2023

| For Plaintiff Bryan Velazquez | For Defendant H&M Hennes & Mauritz, L.P. |
|---|---|
| _____<br>Mark Rozenberg<br>Stein Saks, PLLC<br>1 University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | _____<br>Karla Del Pozo Garcia<br>Dentons US LLP<br>1221 Ave of the Americas New York, NY 10020<br>Ph:(212) 768-5328<br>karla.delpozogarcia@dentons.com |

1

## CERTIFICATE OF SERVICE

I certify that on January 24, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark Rozenberg
Mark Rozenberg
**Stein Saks, PLLC**
1 University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*
